UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:20-CR-161-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  ORDER TO SEAL |
| | ) |
| GEARY LYNN HILL, JR. | ) |

Upon motion of the United States, it is hereby ORDERED Docket Entry Number 95 be sealed until such time as requested to be unsealed by the United States Attorney or ordered by the Court.

It is FURTHER ORDERED that the Clerk provide a signed copy of the Order to the United States Attorney's Office.

IT IS SO ORDERED, this the _18_ day of October, 2022.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE