IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO.: 7:20-CR-161-D-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| GEARY LYNN HILL, II, | ) | |
| a/k/a "Mookie" | ) | |

This matter is before the Court on the Consent Motion of the Government to continue the sentencing hearing in this case, which is currently scheduled to occur October 21, 2022.

For the reasons stated in the Consent Motion, it is hereby ORDERED that the sentencing hearing is continued to __November__, 2022.

This the _18_ day of _October_, 2022.

_____
Honorable James C. Dever III
United States District Court Judge