IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:20-CR-161-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| GEARY LYNN HILL II, | ) | |
| | ) | |
| Defendant. | ) | |

On May 30, 2023, the court held a show cause hearing concerning attorney Steven B. Wright. At the hearing, the court recounted the lengthy procedural history of Steven B. Wright's representation of Geary Lynn Hill II, including Mr. Wright's missed court appearances on July 12, 2022, and July 13, 2022, his claim on August 24, 2022, that he had not received the Presentence Investigation Report, and his failure to appear for Geary Lynn Hill II's sentencing on May 23, 2023. At the hearing, the court also heard from attorney Steven B. Wright and Assistant United States Attorney Scott A. Lemmon and received two exhibits.

At the hearing, the court again found (as it had on May 23, 2023) that Steven B. Wright abandoned his client Geary Lynn Hill II. The court also found that Steven B. Wright unreasonably and vexatiously multiplied the proceedings and ordered Steven B. Wright to pay a sanction of $2,148.96 to the United States to reimburse the costs of the ATF and BCSO agents who traveled to court on May 23, 2023, and May 30, 2023. See 28 U.S.C. § 1927; Chambers v. Nasco, Inc., 501 U.S. 32, 42–52 (1991) (discussing the inherent powers of a federal court); In re Snyder, 472 U.S. 634, 642–47 (1985) (same); In re Lewis, 611 F. App'x 134, 136 (4th Cir. 2015) (per curiam) (unpublished) (same). The sanction is due and payable no later than June 30, 2023.

SO ORDERED. This 30 day of May, 2023.

                                                         JAMES C. DEVER III
                                                        United States District Judge