IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:20-CR-161-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| GEARY LYNN HILL II, | ) | |
| | ) | |
| Defendant. | ) | |

The United States SHALL respond to defendant's pro se motion for early termination of supervised release [D.E. 146] not later than December 17, 2026.

SO ORDERED. This 2 day of November, 2026.

JAMES C. DEVER III
United States District Judge