IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:20-CR-161-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| GEARY LYNN HILL, II, | ) | |
| | ) | |
| Defendant. | ) | |

The court has reviewed defendant's motion for early termination of supervised release [D.E. 146] and the United States' response in opposition [D.E. 148]. The court also has considered the relevant factors. See 18 U.S.C. § 3583(e). In light of the nature and circumstances of the offense, the history and characteristics of the defendant (including his lengthy and extraordinary criminal history), the need to protect the public, the need to promote respect for the law, and the need to provide correctional treatment in the form of supervised release, the court DENIES defendant's motion for early termination of supervised release [D.E. 146]. See [D.E. 148] 3–6; [D.E. 148-1].

SO ORDERED. This 19 day of November, 2026.

J. Dever

JAMES C. DEVER III
United States District Judge